# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**CLEO ANDERSON and DOTTIE ANDERSON, individually and on behalf of all others similarly situated**     **PLAINTIFFS**

**V.**     **CASE NO. 2:16-cv-00077-JM**

**U.S. BANK NATIONAL ASSOCIATION**     **DEFENDANT**

## ORDER TO DISMISS WITH PREJUDICE

Pursuant to the parties' Stipulation to Dismiss the Amended Complaint (Doc. # 52), with prejudice, with each of the parties to bear their own attorneys' fees and costs, IT IS HEREBY ORDERED:

That the Amended Complaint (Doc. #35) is dismissed, with prejudice, with each of the parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED this 18th day of October, 2017.

_____
James M. Moody Jr.
United States District Judge